IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOYCE VERCAUTEREN,
    Petitioner,

vs.                                        Case No.: 4:20cv146/MW/EMT

UNITED STATES OF AMERICA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

On March 20, 2020, the court issued an order requiring Petitioner to file an amended habeas petition and either pay the filing fee or file a motion to proceed in forma pauperis within thirty (30) days (*see* ECF No. 3). Petitioner failed to comply with the order; therefore, on May 1, 2020, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for her failure to comply with an order of the court (ECF No. 4). The time for compliance with the show cause order has now elapsed with no response from Petitioner.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of June 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 4:20cv146/MW/EMT