IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOYCE VERCAUTEREN,**

    Petitioner,

v.                                                 Case No. 4:20cv146-MW/EMT

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objection having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Petitioner's failure to comply with an order of the Court." The Clerk shall also close the file.

**SO ORDERED on July 9, 2020.**

                                                              s/ **MARK E. WALKER**
                                                              **Chief United States District Judge**